[Nos. 11607-7-III; 12355-3-III.   Division Three.   June 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY CECIL SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00734-1, Thomas E. Merryman, J., entered April 24, 1991. *Affirmed in part* and *remanded* by

unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.